# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RUTH ANN CHEESMAN,

        Plaintiff,

        v.

AMERITITLE,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-3094-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED in their entirety with prejudice pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on July 22, 2010, Ct Rec 43.

July 22, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas